**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50919 (BLS) |
| vs. | |
| A TEAM APPROACH, LLC; DAVID P. LANDWEHR; BRENDA K. LANDWEHR; RANDY HAZEN AS TRUSTEE OF THE HAZEN FAMILY IRREVOCABLE TRUST, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss
COUNTY OF NEW YORK  )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

---

[1]      The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]      Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On November 2, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 30], to be served by first class mail on the parties identified on Exhibit A annexed hereto (Defendants),[3] and by e-mail on *dlandwehr@ltc4vets.org*.

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
6th day of November, 2020
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3]      The envelope used for service on the party included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| A TEAM APPROACH, LLC | ATTN: DAVID P. LANDWEHR, R/A | 2611 N BAYSIDE | | | WICHITA | KS | 67205 |
| A-TEAM | C/O MORRIS JAMES LLP | ATTN SARAH ENNIS, ESQ. | 500 DELAWARE AVENUE, SUITE 1500 | | WILMINGTON | DE | 19801 |
| DAVID P & BRENDA K LANDWEHR | 2611 N BAYSIDE CT | | | | WICHITA | KS | 67205 |
| RANDY HAZEN AS TRUSTEE OF THE HAZEN | FAMILY IRREVOCABLE TRUST | C/O MORRIS LAING EVANS BROCK KENNEDY CHTD | ATTN ROGER N WALTER, ESQ | 800 SOUTHWEST JACKSON, SUITE 1310 | TOPEKA | KS | 66612-1216 |
| RANDY HAZEN AS TRUSTEE OF THE HAZEN | FAMILY IRREVOCABLE TRUST | 10809 S. GREENWICH RD | | | MULVANE | KS | 67110 |